UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BETH LOCASCIO

v.

IMPORTS UNLIMITED, INC.

: 
: 
: 
: Civil Action No.
: 3:02cv299 (SRU)

2003 OCT 22  P 4: 13

US DISTRICT
BRIDGEPORT

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_X_    A ruling on the following motions which are currently pending: (orefm.)
**(Doc. #41 - Motion to Enforce Settlement Agreement)**

___    A settlement conference (orefmisc./cnf)

___    A conference to discuss the following: (orefmisc./cnf) _____

___    Other: (orefmisc./misc) _____

SO ORDERED this 22nd day of October 2003, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge