UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended (from 10/28/03) Follow-up (in-person) Settlement Conference Calenda

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 22, 2003

2:30 p.m.

*Held 1/2 hour*

3-02-cv-299   (SRU) Locascio v Imports Unlimited
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Robert E. Ghent | 193 Grand Street PO Box 1905, Waterbury, CT<br>203-597-1077 |
| Bernard T. Kennedy | 49 Rose St. Suite 301, Branford, CT<br>203-481-1322 |

PLEASE NOTE:  THE CONFERENCE WILL BE IN-PERSON WITH JUDGE GARFINKEL.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK