UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 4: 36

US DISTRICT COURT
BRIDGEPORT CT

LOCASCIO

V.                                                3:02CV299(SRU)

IMPORTS UNLIMITED, INC.


ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT AND SANCTIONS


      The Court GRANTS plaintiff's motion to enforce settlement agreement (Doc. # 41 ) for the following reasons:
      1. Plaintiff's motion was filed in the first week of September, 2003, and no timely opposition has been filed. The motion is deemed unopposed.
      2. Alternatively, the Court grants the motion as a sanction for defendant's failure to appear at the Court-ordered conference on October 22, 2003, which was scheduled in an effort to arrive at an amicable resolution of any outstanding issues between the parties. Notice was mailed to counsel for both parties, and neither the Court nor plaintiff's counsel was contacted with a request to postpone or reschedule the conference. Moreover, the Court attempted to reach defense counsel by telephone at the scheduled time of the conference, and no one answered at the number for defense counsel printed on the Court calendar.

      It is further ordered that by November 20, 2003, the parties exchange all necessary releases and other papers, that payment be made, and a notice of dismissal be filed.

      <u>It is further ordered, that as a sanction for failing to appear or contact the Court or opposing counsel, the defendant pay $1031.25 in sanctions to plaintiff by November 20, 2003. That figure is based on the time plaintiff's counsel spent drafting the motion to enforce, attending the Court-ordered conference, and related travel, at the rate of $275 per hour.</u>

      Failure to comply with this Order in a timely manner may invoke additional sanctions.

      So ordered on October 22, 2003, at Bridgeport.

/s/
William I. Garfinkel, U.S.M.J.