# BERNARD T. KENNEDY

A LIMITED LIABILITY COMPANY
ATTORNEY AT LAW

FILED

49 ROSE STREET, SUITE 301  BRANFORD, CT 06405  TELEPHONE (203) 481-1322  FAX (203) 483-7922

Bernard T. Kennedy
*also admitted in ME, MD, NY

2003 OCT 22  P 4: 14

btk296@aol.com

US DIST...

October 16, 2003

Honorable Stefan R. Underhill
United States District Judge
United Stated District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

RE: Locascio v. Imports Unlimited, Inc.   3:02CV299

Dear Judge Underhill:

   Please be advised that the undersigned on September 2, 2003 mailed to the court a Motion to Enforce Settlement Agreement.

   On October 22, 2003 the parties will meet with Magistrate Judge William Garfinkle on the Motion.

   Because the Motion remains pending, the undersigned has not forwarded plaintiff's exhibits to defense counsel for the trial scheduled on November 7, 2003.

   I would appreciate if the Court will advise if it intends to take the scheduled trial off the trial list having been informed of the pending Motion.

   Should you have any additional questions, please feel free to contact me.

Very truly yours,

Bernard T. Kennedy
CC: Robert Ghent, Esq.
VIA FACSIMILE ONLY

Bernard T. Kennedy, Esquire
49 Rose Street, #301
Branford, CT 06405
Phone: (203) 481-1322
Fax: (203) 483-7922



**To:** Honorable Stefan R. Underhill         **From:** Bernard T. Kennedy

**Fax:** (203) 579-5704                      **Date:** 10/16/03

**Phone:**                                    **Pages:**

**Re:** Locascio v. Imports Unlimited, Inc.   **CC:**

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

The information contained in this telecopy is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this telecopy to the named receiver, you are notified that any use of this telecopy or its contents, including any dissemination or copying, is strictly prohibited.

**Total Pages Including Cover:** ___2___