02cv299cummins-motenfsettagr.

HONORABLE W. Garfinkel (October 17, 2001)
DEPUTY CLERK Barille  RPTR/ERO/TAPE O-324

TOTAL TIME: ___ hours ___ minutes

DATE 10-22-03   START TIME 2:50   END TIME 3:00
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Locasero

CIVIL NO. 302cv299(SRU)

Kennedy
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Imports Unlimited

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ ... #41  Motion to enforce settlement agreement  ☑ granted ☐ denied ☐ advisement

Hearing continued until _____ at _____