UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 28  A 10: 33

BETH S. LOCASCIO
F/K/A BETH BINDER
    Plaintiff

CIVIL ACTION NO. 3:02 CV299 (SRU)

V.

IMPORTS UNLIMITED, INC.

    Defendant                                    October 24, 2003

## OBJECTION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

The Defendant, Imports Unlimited objects to Plaintiff Motion to Enforce a Settlement Agreement on the basis that no agreement to settle the above referenced matter exists and in support thereof represents:

1.  In the course of conducting the Settlement conference with Judge Garfinkle, the Defendant offer the sum of $18,000.00 on the condition the Plaintiff transfer the subject motor vehicle to the Defendant.

2.  The Plaintiff rejected the settlement proposal and advanced a counter proposal.

3.  At the request of the Court, the Plaintiff held the settlement offer open through the following Monday and after careful consideration the further consultation with the Court, the Defendant rejected the Plaintiff's settlement proposal.

4.  On August 19, 2003, Plaintiff's Counsel contacted the undersigned on the to discuss inquire as to whether the matter could be settled in advance of the Defendant Counsel pending trip out of the country.

5.  The Plaintiff made inquiry as to whether the Defendant would still be willing to settle the matter based on the offer made by the Defendant at the Settlement Conference with Judge Garfinkle.

6.  The undersigned responded to the inquiry by stating "I guess so".

7.   Even if one can construe my response as a settlement offer, Plaintiff Counsel dis
     not then accept the same.

8.   Instead, Plaintiff advanced a settlement offer of $20,000.00 and return of the car
     to the Defendant arguing that the parties were not that far apart.

9.   This settlement offer communicated by the Plaintiff was communicated to the
     Defendant by the undersigned.

10.  The Defendant rejected the settlement offer.

11.  In a subsequent phone conference with the Plaintiff's counsel, the undersigned
     advised counsel that his settlement offer was not well received and that it was
     not accepted.

12.  Whereupon, with out any further communications, discussions, the Plaintiff then
     submitted a written acceptance of the Defendants previously rejected settlement
     offer.

13.  This "letter of acceptance" was forwarded to the Defendant and rejected by the
     Defendant.

14.  At this juncture, no settlement agreement exists between the parties.

Wherefore, the Defendant respectfully requests that the Plaintiff Motion To Enforce Settlement
Agreement be denied.

THE DEFENDANT:

BY_____
ROBERT E. GHENT
ITS ATTORNEY
P.O. BOX 1905
193 GRAND STREET SUITE 414
WATERBURY, CT 06705
FEDERAL BAR NO: CT: 08690
TEL. NO.: 203- 597-1077
FAX NO: 203-757-5366
Email: r. ghent @snet.net

**CERTIFICATION**

The undersigned, hereby certifies that a copy of the Foregoing was mailed on the above date, postage prepaid, to appearing parties:

Bernard T. Kennedy
Kennedy & Kennedy, LLC
49 Rose Street, Suite 301
Branford, Ct. 06405

Robert E. Ghent