UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 3, 2003

2:00 p.m.

Held
30 mins.

CASE NO. **3:02cv299 (SRU)**   **Locascio v Imports Unlimited**

Robert E. Ghent
193 Grand Street
PO Box 1905
Waterbury, CT 06722

Bernard T. Kennedy
49 Rose St.
Suite 301
Branford, CT 06405

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK