UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BETH LOCASCIO
FKA BETH S. BINDER

2003 NOV 10  P 12: 21

Plaintiff,

US DISTRICT COURT
BRIDGEPORT CT

V.

CIVIL ACTION NO.
3:02 CV 299 (SRU)

IMPORTS UNLIMITED, INC.

Defendant.

NOVEMBER 6, 2003

### PLAINTIFF'S SUR REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff submits this sur reply and accompanying memorandum in response to defendant's objection to plaintiff's motion to enforce the settlement agreement.

THE PLAINTIFF

*[signature]*
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-4040
Fed. Bar No. ct00680

ORAL ARGUMENT NOT REQUESTED

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this day via U.S. Mail to:

Robert Ghent, Esq.
P.O. Box 1905
Waterbury, CT 06722

_____
Bernard T. Kennedy