UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 10 P 12: 21
US DISTRICT COURT
BRIDGEPORT CT

BETH LOCASCIO
FKA BETH S. BINDER

    Plaintiff,

V.

CIVIL ACTION NO.
3:02 CV 299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.

NOVEMBER 6, 2003

## PLAINTIFF'S MEMORANDUM OF LAW IN REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff submits this memorandum in response to defendant's objection to plaintiff's motion to enforce the settlement agreement.

On September 3, 2003 plaintiff filed her motion to Enforce the Settlement Agreement [Dkt. 41]. Pursuant to Local Rule 7 (1) "Unless otherwise ordered by the Court, all memoranda in opposition to any motion **shall** be filed within twenty-one (21) days of the filing of the motion and shall indicate in the lower margin of the first page of such memorandum whether oral argument is requested. Failure to submit a memorandum in opposition may be deemed sufficient cause to grant the motion . . . ."

Defendant failed to comply with Local Rule 7. Defendant did not contact opposing counsel and inquire if he objected to an extension of time nor file such a motion as required by Local Rule 7 (b) 3. Neither did defendant file its Objection with 21 days of plaintiff's Motion, Local Rule 7(a) 1. Instead defendant chose to wait until October 28, 2003 to file its objection a full 34 days late [Dkt. No.48]

A search of the Civil Docket for the above caption case fails to show an order by the Court extending time beyond 21 days for the defendant to respond to plaintiff Motion.

The Court, on the record, granted plaintiff's Motion to Enforce the Settlement Agreement absent objection on October 22, 2003 [Dkt. No 45], six days prior to defendant filing its Objection.

Plaintiff's counsel appeared at the hearing on October 22, pursuant to the notice received from the Court. Absent from the hearing were defendant and defendant's counsel.

WHEREFORE, plaintiff respectfully requests that this Court deem defendant's Objection moot for its failure to follow Motion Procedures.

                                        THE PLAINTIFF

                                        _____
                                        Bernard T. Kennedy
                                        49 Rose Street, # 301
                                        Branford, CT 06405
                                        (203) 481-4040
                                        Fed. Bar No. ct00680

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this day via U.S. Mail to:

Robert Ghent, Esq.
P.O. Box 1905
Waterbury, CT 06722

_____
Bernard T. Kennedy