UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
FKA BETH S. BINDER

    Plaintiffs,

V.

IMPORTS UNLIMITED, INC.

Defendant.

CIVIL ACTION NO.
3:02CV299 (SRU)

NOVEMBER 13, 2003

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the plaintiff:

BETH S. LOCASCIO
FKA BETH S. BINDER

Dated at Branford, Connecticut this 13th day of November, 2003.

THE PLAINTIFF

By_____
Michael W. Kennedy
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 13th day of November, 2003:

Robert Ghent, Esq.
P.O. box 1905
Waterbury, CT 06722

_____
Michael W. Kennedy