

FILED

2003 2003 NOV 19 P 2:25 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
F/K/A BETH BINDER
   Plaintiff

                                 CIVIL ACTION NO. 3:02 CV299 (SRU)

V.

IMPORTS UNLIMITED, INC.

   Defendant                       November 14, 2003

## MOTION TO VACATE ORDER

The Defendant, Imports Unlimited move the Court to vacate the Order entered October 22, 2003 (Garfinkle U.S.M.J) granting the Plaintiff Motion to Enforce Settlement Agreement and in support thereof represents:

    1.    By Order of the Court the undersigned was notified of the pendency of a Follow Up Status of Settlement Conference to be conducted on October 28, 2003 at 2:30 P.M.

    2.    The undersigned was also notified to appear by the Clerk of the Court to appear for trial in connection with the above referenced matter for October 28, 2003 at 10:00 a.m.

ORAL ARGUMENT NOT REQUESTED

3. That upon appearing for trial on the morning of the 28th of October, the undersigned stopped into Judge Garfinkle Chambers and thereupon learned that the Court had changed the date of the Settlement Status Conference at the request of the Plaintiff Counsel Bernard Kennedy, to October 22, 2003 and that as a result of the undersigned failure to appear at the settlement status conference, the Court had granted the Plaintiff Motion to Enforce the alleged settlement agreement.

4. The undersigned did not receive any form of communication form the Plaintiff Counsel consulting with the undersigned regarding the change of date of the Settlement Conference.

5. The undersigned has not received any notice from the Court pertaining the change of the Status Conference Date and Time.

6. On the afternoon of October 22, 2003, the undersigned was in East Haven Connecticut conducting a real estate closing and upon my return to my Office at approximately 3:00 P.M., I learned that my secretary had left for the day due to the death of her mother.

7. Although I employ other paralegal staff all other office personnel were out of the office on other business.

8. The Defendant, Imports Unlimited, believes that it has a good faith defense to the Plaintiff cause of action and wishes to be heard on the merits.

9. The Defendant is no longer willing to settle the matter on the terms discussed at the settlement conference with Judge Garfinkle.

10. The Defendant's offer of Settlement was rejected by the Plaintiff at the parties earlier settlement conference.

11. In the interval, the parties through counsel had discussions regarding settlement of the matter, none of which resulted in a meeting of the minds.

12. The Motion to Enforce the Settlement agreement is insufficient on its face.

13. The Motion to Enforce the Settlement agreement was granted as a sanction for the defendant failure to appear at a conference which conference had been rescheduled at the request of the Plaintiff without Notice to the Defendant.

Wherefore, the Defendant respectfully moves that the orders entered by the Court (Garfinkel, J. ) be vacated and the matter be restored to the Court Trial docket.

THE DEFENDANT:

BY _____
ROBERT E. GHENT
ITS ATTORNEY
P.O. BOX 1905
193 GRAND STREET SUITE 414
WATERBURY, CT 06705
FEDERAL BAR NO: CT: 08690
TEL. NO.: 203- 597-1077
FAX NO: 203-757-5366
Email: r. ghent @snet.net

## CERTIFICATION

The undersigned, hereby certifies that a copy of the Foregoing was mailed on the above date, postage prepaid, to appearing parties:

Bernard T. Kennedy
Kennedy & Kennedy, LLC
49 Rose Street, Suite 301
Branford, Ct. 06405

Michael W. Kennedy
101 West Main Street
Branford, Ct., 06405

Robert E. Ghent