# United States District Court
## District of Connecticut

BETH S. LOCASCIO
*Plaintiff*
v.

Case No. 3:02cv299 (SRU)

IMPORTS UNLIMITED, INC.
*Defendant*

FILED 2003 DEC -1 P 3: 19

US DISTRICT COURT

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to <u>Magistrate Judge William I. Garfinkel</u> for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**X** A ruling on the following motions which are currently pending: (orefm.)
Doc# **#53, Motion to Vacate Order**

\_\_\_ A settlement conference (orefmisc./cnf.)

\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __1st__ day of __December__, __2003__ at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge