CT/cvmhrg (October 17, 2001)

HONORABLE __W/ Garfinkel__
DEPUTY CLERK __Barrile__   RPTR/ERO/TAPE _____
TOTAL TIME: ___ hours ___ minutes

DATE __1-7-04__   START TIME __10:20__   END TIME __11:10__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Beth Locascio

CIVIL NO. __3:02cv299(SRU)__

§
§                                   __B Kennedy__
§                                   Plaintiffs Counsel

vs.

§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                   __R Ghent__
§                                   Defendants Counsel

Import Unlimited

### COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing              ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing       ☐ (evidhrg.) Evidentiary Hearing        ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing     ☐ (fairhrg.) Fairness Hearing           ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☒ ... #53   Motion __To Vacate (Gidi)__                     ☐ granted ☐ denied ☒ advisement
☐ ... #__   Motion _____ ☐ granted ☐ denied ☐ advisement
(additional blank motion/oral motion rows)

Brief(s) due _____   Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____

10 days from date of transcript.
Transcript will operate as the written Ruling to seek Review by SRU.