FILED
2003 2003 NOV 19 P 2:25 25

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
F/K/A BETH BINDER
   Plaintiff

V.

IMPORTS UNLIMITED, INC.
   Defendant

CIVIL ACTION NO. 3:02 CV299 (SRU)

November 14, 2003

### MOTION TO VACATE ORDER

The Defendant, Imports Unlimited move the Court to vacate the Order entered October 22, 2003 (Garfinkle U.S.M.J) granting the Plaintiff Motion to Enforce Settlement Agreement and in support thereof represents:

1. By Order of the Court the undersigned was notified of the pendency of a Follow Up Status of Settlement Conference to be conducted on October 28, 2003 at 2:30 P.M.

2. The undersigned was also notified to appear by the Clerk of the Court to appear for trial in connection with the above referenced matter for October 28, 2003 at 10:00 a.m.

ORAL ARGUMENT NOT REQUESTED

FILED 2004 JAN -8 P 12:20 US DISTRICT COURT BRIDGEPORT CT

[Handwritten annotations in margins:]

53

1/7/04

Granted, to the extent relief is allowed on 1/7/04 from the bench. The order is deemed entered, for purposes of review, when transcript is available. Monetary sanction is not vacated. Counsel are directed to obtain transcript. USMJ