FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     2004 JAN 27  P 1: 16

US DISTRICT COURT
BRIDGEPORT CT

BETH LOCASCIO

    Plaintiff,

V.                                      CIVIL ACTION NO.
                                        3:02CV299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.                       JANUARY 21, 2004

### MOTION FOR SANCTIONS

Plaintiff Beth Locascio brings this Motion for Sanctions against the defendant

Imports Unlimited, Inc. for failing to comply with the January 7, 2004 order of

the Court to pay attorney fees.  Attached is a memorandum of law.

THE PLAINTIFF

BY
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

ORAL ARGUMENT NOT REQUESTED

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed on this date via U.S. Mail to:

Robert E. Ghent, Esq.
Box 1905
Waterbury, CT 06722

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S. District Court
914 Lafayette Blvd.
Bridgeport, CT 06604


Bernard T. Kennedy