UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 27 P 1:16
US DISTRICT COURT
BRIDGEPORT CT

BETH LOCASCIO

    Plaintiff,

V.

    CIVIL ACTION NO.
    3:02 CV 299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.    JANUARY 22, 2004

## REQUEST FOR A TRIAL DATE

Plaintiff Beth Locascio requests that this honorable Court set a firm trial date. Plaintiff requests that the following information be taken into consideration when setting the date.

Plaintiff is a single parent, living in South Florida and employed as a health care nurse in a critical care facility. She requests that the date be in the early spring in order for her to make the necessary arrangements with her employer, plane tickets, hotel reservations and save the funds for her trip. Also, plaintiff requests the trial take place on a Monday so she can travel on a Sunday, thereby not losing one day of work.

THE PLAINTIFF

By /s/ Bernard T. Kennedy
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar No. ct00680

CERTIFICATE OF SERVICE

A copy of the foregoing was mailed on this date via U.S. Mail to:

Robert E. Ghent, Esq.
Box 1905
Waterbury, CT 06722

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S. District Court
914 Lafayette Blvd.
Bridgeport, CT 06604

_____
Bernard T. Kennedy