FILED

2004 JAN 28 A 11: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT BRIDGEPORT

BETH S. LOCASCIO
F/K/A BETH BINDER
    Plaintiff

                                               CIVIL ACTION NO. 3:02 CV299 (SRU)

V.

IMPORTS UNLIMITED, INC.

    Defendant                             January 26, 2004

## OBJECTION TO MOTION FOR SANCTIONS

The Defendant, Imports Unlimited, Inc. hereby objects to the Plaintiff's motion for Sanctions dated January 22, 2004 for Failure to Comply with the January 7, 2003 Order to pay Attorneys fees in the amount of $1,031.25.

On January 9, 2004 the undersigned issued check #14101 in the amount of $1,031.25 payable to the Order of Bernard T. Kennedy and under date of January 14, 2004 transmitted the same to the Plaintiffs Attorney by U.S. mail, postage prepaid. A copy of the Voucher portion of Check #14101 is annexed as Exhibit A and a copy of the letter of transmittal dated January 14, 2004 is annexed as Exhibit B. The Check and letter of Transmittal were each sent to the Defendant as Follows: Bernard T. Kennedy, Esq. 49 Rose Street Suite 301, Branford, Ct., 06405. The subject correspondence has not been returned to the undersigned.

Wherefore the Defendant respectfully moves that the Plaintiff's Motion for Sanctions be denied.

THE DEFENDANT:

BY_____
ROBERT E. GHENT
ITS ATTORNEY
P.O. BOX 1905
193 GRAND STREET SUITE 414
WATERBURY, CT 06705
FEDERAL BAR NO: CT: 08690
TEL. NO.: 203- 597-1077
FAX NO: 203-757-5366
Email: r. ghent @snet.net

## CERTIFICATION

The undersigned, hereby certifies that a copy of the Foregoing was mailed on the above date, postage prepaid, to appearing parties:

Bernard T. Kennedy
Kennedy & Kennedy, LLC
49 Rose Street, Suite 301
Branford, Ct. 06405

Michael W. Kennedy
101 West Main Street
Branford, Ct., 06405

_____
Robert E. Ghent

**ROBERT E. GHENT ATTORNEY AT LAW / REAL ESTATE TRUST ACCOUNT**
BERNARD T. KENNEDY                                                                                    1/9/2004              14101
                                         SANCTIONS - IOCASSIO VS IMPORTS                                                    1,031.25

SY Real Estate, LLC        FEES LOCASIO VS iMPORTS UNLIMITED                                                                1,031.25

**ROBERT E. GHENT ATTORNEY AT LAW / REAL ESTATE TRUST ACCOUNT**
BERNARD T. KENNEDY                                                                                    1/9/2004              14101
                                         SANCTIONS - IOCASSIO VS IMPORTS                                                    1,031.25

SY Real Estate, LLC        FEES LOCASIO VS iMPORTS UNLIMITED                                                                1,031.25

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**Law Office of**

# Robert E. Ghent

193 Grand Street
Suite 414
Waterbury, CT 06702

---

P.O. Box 1905
Waterbury, CT 06722
Ph.: 203 573-0635
Fax: 203 753-9555

January 14, 2004

Bernard T. Kennedy, Esq.
49 Rose Street
Suite 301
Branford, CT 06405

Re: Fees – Locasio vs Imports Unlimited

Dear Attorney Kennedy:

Enclosed please find a check in the amount of $1,031.25 in connection with the Court's Order in connection with the above referenced matter. I am reviewing your Motion for Attorney's Fees and you can expect a response before week's end.

Very truly yours,

Robert E. Ghent

REG:mjz
Enc.