UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH LOCASCIO

    Plaintiff,

V.

                              CIVIL ACTION NO.
                              3:02 CV 299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.                 JANUARY 29, 2004

## REPLY TO DEFENDANT'S OBJECTION TO MOTION FOR SANCTIONS.

    Defendant Imports Unlimited, Inc.'s ("IUI") check was received on January 27, 2004 in the sum of $1,031.25 pursuant to the order of the Court [Dkt.45].

    Missing from IUI's objection was its reason why sanctions should not be imposed when it failed to make payment pursuant to the Court's order for the remaining attorney fees. On January 8, 2004 via Facsimile and U.S. Mail plaintiff noticed her fees to Robert E. Ghent, Esq. counsel for IUI pertaining to the fees incurred from October 23, 2003 through January 7, 2004 pertaining to IUI's Motion to Vacate.

    Plaintiff requested that Attorney Ghent contact the undersigned no later than January 13 with a response. Through today, January 29, 2004, Attorney Ghent has not responded nor made payment. See Ted Lapidus , S.A. v. Vann, 112 F.3d 91, 97 (2nd Cir. 1997) (identifying the conduct).

    IUI has failed to make the payment, as ordered by the Court, within seven days of January 8, 2004, absent objection of IUI. The time for payment expired on

January 15, 2004. It seems appropriate for the Court to issue sanctions against IUI

for its history of dilatoriness. See Harris v. City of Phila., 47 F.3d 1311, 1330 n.18,

(3rd Cir. 1995). The Court should consider whether the conduct of IUI or its

attorney was willful or in bad faith, Harris, 47 F.3d at 1330, n.18; Bass v. Jostens,

Inc., 71 F.3d 237, 241, (6th Cir. 1995).

CONCLUSION:

    Plaintiff prays that monetary sanctions be imposed against IUI payable to

the court, award plaintiff attorney fees for bringing this reply and order any other

sanctions available until defendant complies with this Court's order dated January

7, 2004 to pay the plaintiff fees.

THE PLAINTIFF

BY _____
Bernard T. Kennedy
49 Rose Street, # 301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this date, via U.S. Mail to:

Robert E. Ghent, Esq.
Box 1905
Waterbury, CT 06722

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Bernard T. Kennedy