

59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JAN 12 P 12: 42

US DISTRICT COURT
BRIDGEPORT CT

BETH LOCASCIO

Plaintiff,

v.

CIVIL ACTION NO.
3:02CV299 (SRU)

IMPORTS UNLIMITED, INC.

Defendant

JANUARY 8, 2004

[R]EQUEST FOR ATTORNEY FEES

submits the following bill for attorney fees and costs

January 7, 2004 by U.S. Magistrate William I. Garfinkle.

e undersign forward time records to Attorney Robert

4 and that payment be made by Imports Unlimited, Inc.

days.

der RE: Motion to Enforce Settlement Agreement and

der the defendant IUI to make payment of $1031.25 to the

)S FROM OCTOBER 22, 2003 – JANUARY 8, 2004

03, Reviewed Telecopier Transmittal of Motion to

to U.S. M.J. Garfinkle by defendant.

ecked Pacer for filing of Motion dated October 28, not

---

Plaintiff's Request for Attorney Fees (Doc. #59) is GRANTED IN PART AND DENIED IN PART. The time allocated to travel is excessive. Counsel has a Branford office, and it is not reasonable to bill for expenses related to travel to and from Florida in regard to this matter. Moreover, the time allocated to administrative tasks, telephone calls, and research appears excessive in light of the relative simplicity of this matter. While the Court recognizes counsel's experience, a rate of $225 per hour seems more appropriate for this simple matter than $275 per hour. The Court awards $2485.00 (11 hours X $225, plus $10 in expenses for travel from Branford). Defendant is to pay sanctions by February 24, 2004.
So ordered on February 3, 2004, at Bridgeport.

U.S.M.J.