

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                2004 JAN 27  P 1:16

BETH LOCASCIO

    Plaintiff,

V.                                                                    CIVIL ACTION NO.
                                                                      3:02CV299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.                                              JANUARY 21, 2004

### MOTION FOR SANCTIONS

Plaintiff Beth Locascio brings this Motion for Sanctions against the defendant Imports Unlimited, Inc. for failing to comply with the January 7, 2004 order of the Court to pay attorney fees. Attached is a memorandum of law.

                                          THE PLAINTIFF

                                          BY /s/
                                          Bernard T. Kennedy
                                          49 Rose Street, # 301
                                          Branford, CT 06405
                                          (203) 481-1322
                                          Fed. Bar No. ct00680

ORAL ARGUMENT NOT REQUESTED



[Handwritten margin annotation: Plaintiff's Motion for Sanctions (Doc. #60) is DENIED as moot in light of representation that $1,031.25 has been paid. So ordered on February 3, 2004, at Bridgeport. /s/ U.S.M.J.]