UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH LOCASCIO

    Plaintiff,

v.

                                     CIVIL ACTION NO.
                                       3:02 CV 299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.                              JANUARY 22, 2004

## REQUEST FOR A TRIAL DATE

Plaintiff Beth Locascio requests that this honorable Court set a firm trial date. Plaintiff requests that the following information be taken into consideration when setting the date.

Plaintiff is a single parent, living in South Florida and employed as a health care nurse in a critical care facility. She requests that the date be in the early spring in order for her to make the necessary arrangements with her employer, plane tickets, hotel reservations and save the funds for her trip. Also, plaintiff requests the trial take place on a Monday so she can travel on a Sunday, thereby not losing the day of work.

                                                    THE PLAINTIFF

                                                    By_____
                                                    Bernard T. Kennedy
                                                    49 Rose Street, # 301
                                                    Branford, CT 06405
                                                    (203) 481-1322
                                                    Fed. Bar No. ct00680

*Margin annotation (left side):* Plaintiff's Request for Trial Date (Doc. #61) is GRANTED to this extent: the matter will be forwarded to U.S.D.J. Underhill, who will assign the date. /s/ U.S.M.J.