CT/cvtrial (October 17, 2001)

TOTAL TIME: **5** hours **5** minutes     DEPUTY CLERK **Montz**     HONORABLE **Stefan Underhill**     RPTR/ERO/TAPE **Caturea**

DATE **3·1·04**     START TIME **9:40**     END TIME **4:05**
LUNCH RECESS FROM **11:30** TO **2:50**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv299 (SRU)**

**Locascio**
vs.
**Imports Unlimited**

Plaintiffs Counsel: **Bernie Kennedy**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Robert Ghent**

## CIVIL JURY/COURT TRIAL

☐ Jury of ___ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___
☑ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☑ ctrlconc — Court Trial concluded ☑ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☑ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☑ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)