# United States District Court

**DISTRICT OF** ——————

Locascio
v.
Imports Unlimited

**EXHIBIT AND WITNESS LIST**

MAR 2   9 54 AM '04

CLERK
U.S. DISTRICT COURT
BRIDGEPORT

CASE NUMBER: 3:02cv299 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Bernie Kennedy | Robert Ghent |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3-1-04 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Joint Ex | 1 | 3-1-04 | | ✓ | Proposed Stipulation of Facts |
| | | " | | ✓ | Stipulation as to Exhibits 1-10, 12, 15, 16, 23, 25, 26, 27 |
| | | " | | | Beth Locascio, Boca Raton, FL., sworn + Test |
| | | " | | | Michael Cane, Wallingford, CT, sworn + Test |
| | 13 | " | ID | | Letter State of CT/DMV Imports 2-2-01 |
| | 22 | " | ID | ✓ | Letter + Consent Agreement - deft/DMV 3 pgs. |
| | 11 | " | ID | ✓ | Inspection Report State of CT "Out of State vehicle" |
| | 24 | " | ID | | Letter from Fitmaster Body Parts |
| | 24A | " | ID | | F.M. Body Parts Re: Tires |
| | 31 | " | ID | ✓ | Tax Return - Imports Unlimited - 2001 |
| | 20 | " | | ✓ | Memo - State of CT DMV Licensed Dealers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

Locascio v.
Imports Unlimited

iii. Alyssa Binder, 3131 Clint Moore Road, Boca Raton, Florida.

ANTICIPATED TESTIMONY:

Ms. Binder will discuss the purchase of the auto, by her mother, from IUI. Ms. Binder was the principal operator and she had discussions with the defendant's salesperson at time of sale.

9. DEPOSITION TESTIMONY: None

10. PLAINTIFF'S EXHIBITS:

A. *EXPECTED TO BE USED AT TRIAL.*

3-1-04   Full    P1. Purchase order.

"        Full    P2. Registration CT for Beth Binder.

"        Full    P3. State of CT Title issued 7/28/1998.

"        Full    P4. Supplemental Assignment of Ownership and/or bill of sale (Q-1), CT.

"        Full    P5. Odometer disclosure statement, CT.

"        Full    P6. State of CT Title 5/09/2000.

"        Full    P7. Registration CT for Robert Jackston.

"        Full    P8. Certificate of Title PA, Nationwide Insurance to European Car Co.

"        Full    P9. Q-1 form, Supplemental Assignment European Car Parts & Restoration To Imports Unlimited.

"        Full    P10. Q-1 form, Supplemental Assignment Robert Jackston to Robert Jackston or Louise Jackston.

"        Full    P11. Inspection report State of CT on "Out of State Vehicle).

"        Full    P12. Airbag Inspection.

5

P13. Letter from State of CT, DMV to Imports, Unlimited, Inc. February 2, 2001.

P14. Title Master and supporting files inquiry display.

3·1·04  Full  P15. History of car from the Department of Motor Vehicles, CT and Subparts.

3·1·04  Full  P16. History of car from the Department of Motor Vehicles, PA and Subparts.

P17. History of car from Carfax.

P18. State of CT Title issued 2000. Duplicate

P19. Vehicle title search from DMV, CT. Duplicate

3·1·04  Full  P20. Memorandum from State of Connecticut, Department of Motor Vehicles to CT. Licensed dealers.

P21. NADA book value of the motor vehicle.

3·1·04  Full  P22. Letter and or consent agreement between defendant & DMV.

B. *MAY OFFER AT TRIAL IF THE NEED ARISES.*

3·1·04  Full  P23. Temporary Registration Certificate.

✶  P24. Letter from Fit Master Body Parts.

3·1·04  Full ✶  P25. Bill for service on auto 8/23/00.

3·1·04  Full  P26. Invoice for service on auto 8/23/00.

3·1·04  Full  P27. Letter dated May 13, 2002 to Alyssa Binder.

P28. Letter dated May 11, 2002 to Alyssa Binder.

3·1·04  Full  31. Tax Return - Imports Unlimited - 2001

6