UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -1  A 9: 07

US DISTRICT COURT
BRIDGEPORT CT

BETH LOCASCIO

    Plaintiff,

V.

    CIVIL ACTION NO.
    3:02CV299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.    MARCH 1, 2004

## PLAINTIFF'S SUPPLEMENTAL FINDING OF FACTS AND CONCLUSIONS OF LAW

### PLAINTIFF'S FINDING OF FACTS:

1. The vehicle sold by defendant to plaintiff was previously owned by Gold Key Lease, Inc.

2. The vehicle sold by defendant to plaintiff was driven several thousands of miles while owned by Nationwide Insurance Co.

3. Defendant did not inform plaintiff that the vehicle she purchased was once owned by a lease company.

### PLAINTIFF'S CONCLUSIONS OF LAW:

1. The owner can testify as to the fair value of his car. Misisco v. La Maita, 150 Conn. 680, 684 (1963); Saporiti v. Austin A. Chambers Co., 143 Conn. 476, 480 (1948).

2. Punitive damages are available under CUTPA where the defendant's conduct "shows a reckless indifference to the rights of others or an intentional and wanton violation of those rights." Vandersluis v. Weil, 176 Conn. 353, 358 (1978)

3. Defendant should have some incentive to comply with the law in situations where actual damages are sometimes difficult to prove. Bailey Employment System, Inc. v. Hahn, 545 F. Supp. 62, 73 (D. Conn. 1982), aff'd 723 F.2d 895 (2nd Cir. 1983).

4. Punitive damages can be based on "evidence that a defendant has repeatedly engaged in prohibited conduct while knowing or suspecting that it was unlawful." B.M.W. of North Anerica, Inc. v. Gore, 116 S. Ct. 1589, 1599 (1996).

5. Department of Consumer Protection Regulation § 42-110b-28 sets the standards for advertising motor vehicles within Connecticut.

6. ¶ 3 of § 42-110b-28 entitled Advertisement means any oral, written or graphic statement made by a new car or used car dealer in any manner in connection with the solicitation of business.

7. It shall be an unfair or deceptive act or practice for a used car dealer not to disclose a vehicle was a leased fleet vehicle, if such leased vehicle is from a business or governmental fleet of six vehicles or more, if the dealer knows or, in the exercise of reasonable care, should know that the vehicle was previously so used. § 42-110b-28 (a) (2); (b) (C).

8. It shall be an unfair or deceptive act or practice for a new car dealer or used car dealer to make any representation or statement of fact in an advertisement

if the dealer knows or should know that the representation or statement is false or misleading or if the dealer does not have sufficient information upon which a reasonable belief in the truth of the representation or statement could be based. § 21-110b-28- (b) (17).

9. Connecticut General Statute § 14-179 (a) states If an owner transfer his interest in a vehicle, other than by the creation of a security interest, he shall, at the time of delivery of the vehicle, execute an assignment and warrant of title to the transferee, showing the name and address of the transferee, in the space provided therefore on the certificate.

10. C.G.S. § 14-62 (c) "No dealer licensed under the provisions of § 14-52 shall sell any used motor vehicle without furnishing to the buyer, at the time of sale, a valid certificate of title by such dealer . . . ."

11. C.G.S. § 42-225 (a) "No dealer may make any false, misleading or deceptive statement about the condition or history of any used motor vehicle offered for sale."

THE PLAINTIFF

BY /S/ 
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand delivered on this 1st day of March 2004 to:

Honorable Stefan R. Underhill
U.S.D.J.
915 Lafayette Blvd.
Bridgeport, CT 05504

Robert Ghent, Esq.
Box 1905
Waterbury, CT

_____
Bernard T. Kennedy