UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 22  P 4: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETH LOCASCIO

v.                                              3:02 cv 299 (SRU)

IMPORTS UNLIMITED, INC.

## JUDGMENT

This matter came on for court trial before the Honorable Stefan R. Underhill, United States District Judge. On March 12, 2003, the court entered a Memorandum of Decision and Order for the defendant on Count One of the complaint and in favor of plaintiff on Count Two of the complaint and awarded plaintiff nominal damages.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendant, Imports Unlimited, Inc., on count one and judgment is entered for the plaintiff, Bether Locascio, on count two with nominal damages to the plaintiff in the amount of $10.00.

Dated at Bridgeport, Connecticut, this 22nd day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____