UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 24  P 12: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETH LOCASCIO

    Plaintiff,

V.                                   CIVIL ACTION NO.
                                       3:02cv299 (SRU)

IMPORTS UNLIMITED, INC.

    Defendant.                         MARCH 19, 2004

## MOTION FOR ATTORNEY FEES AND COSTS

Pursuant to the order of the Court in its Memorandum of Decision and Order the undersigned submits his Memorandum and Affidavit in support of attorney fees and costs.

                                        THE PLAINTIFF

                                        Bernard T. Kennedy
                                        49 Rose Street, #301
                                        Branford, CT 06405
                                        (203) 481-1322
                                        Fed. Bar #ct00680

ORAL ARGUMENT NOT REQUESTED

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mail via U.S. Mail on this 19th day of March 2004 to:

Robert Ghent, Esq.
Box 1905
Waterbury, CT 06722

_____
Bernard T. Kennedy