FILED

2004 MAR 24 P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH LOCASCIO

    Plaintiff,

V.                                      CIVIL ACTION NO.
                                           3:02CV299 (SRU

IMPORTS UNLIMITED, INC.

    Defendant.                            MARCH 19, 2004

### AFFIDAVIT - TIME RECORDS AND COSTS

STATE OF CONNECTICUT    )
                                   ) ss: Branford
COUNTY OF NEW HAVEN    )

I, Bernard T. Kennedy, being first duly sworn, depose and say:

1. I am an attorney licensed to practice before the United States District Courts for the District of Connecticut, District of Maryland and the Northern District of New York and all the Connecticut, Maine, Maryland and New York courts. I have been a Special Master for the United States District Court for the District of Connecticut.

2. I am the attorney for the plaintiff Beth Locascio and submit this affidavit in support of a request for attorney fees. Blum v. Stenson, 465 U.S. 886 n.5 (1984).

3. I was admitted to practice in Connecticut in 1985. For several years prior to private practice, I was an Assistant States Attorney in Connecticut. My private law

practice is limited, by choice, to the Truth in Lending Act, Consumer Leasing Act, repossession, the Motor Vehicle Information and Cost Saving Act (Odometer Law) and the Connecticut Unfair Trade Practices Act.

4. I have had extensive experience in consumer matters, including litigation, preferably for persons who cannot afford to pay a lawyer. Consumer practitioners from all over the United States frequently consult me.

5. I have successfully settled approximately 2500 cases in the United States District Courts for the District of Connecticut, the District of Maryland and the Northern District of New York for violations of the Truth in Lending Act, The Consumer Leasing Act, the Motor Vehicle Information and Cost Saving Act and supplemental state law claims.

6. Presently I represent plaintiffs in the United States District Court, District of Connecticut in like cases.

7. My work in connection with this motion is shown on the schedule attached hereto. I prepared time records contemporaneously with performance of the work and costs. The time records do not duplicate work performed in any other file; they do not include non-legal tasks such as filing or copying. See Appended records.

8. Less than a handful of Connecticut attorneys are willing to accept consumer case because of the special expertise required and the risk of nonpayment.

9. I am requesting attorney's fees at the rate of $275.00 per hour. I believe that the award requested is reasonable, and is the same as or lower than rates being charged by

similarly experienced private counsel in the federal court awarded me $275.00 per hour. In the matter of Beth Locascio v. Imports Unlimited, Inc., Civil No. 3:02CV 299 (SRU)(WIG) I was awarded $275 per hour; in Lugo v. Humphrey Motors, Inc., 3:00CV 2453 (AVC) I was awarded $275 per hour; in John E Lance, Conservator for Loyd C. Lance v. Terryville Motorcar Company LLC, Civil No.3:99CV1741 (WWE) I was awarded $275.00 per hour.

10. Hourly billing rates of Connecticut private counsel, performing like work, with which I am familiar are, as of 2004: Daniel Blinn $300 per hour; Michael W. Kennedy, $275 per hour. See Sherry Speaks v. Edward Donato et al, 3:01cv 1049 (JBA); Joanne S. Faulkner, $275 per hour.

11. Jonathan Einhorn was awarded $250.00 per hour in Gyadu v. Giordano, Civil No. 3:94CV1144 (JBA), 3 Conn Oops 410 (D. Conn. March 14, 1997).

12. Typical market rates are shown by awards in Mrs. B. v. Milford Bd. of Educ., Civil No. 3:93CV1723 (DJS) (TPS) (D. Conn. Nov. 4, 1997) ($250/hr consistent with prevailing rate in Connecticut); Calovine v. City of Bridgeport, Civil No. 3:94CV379 (WWE) (D.Conn. Feb.4, 1998). ($250/hr for a "relatively low number of hours billed." 179.7 hours). Evans v. State of Connecticut, 967 F. Supp. 673, 691 (D. Conn. 1997) (prevailing 1996 is $200. to $225. award at $200/hr despite some criticism of attorney's performance); Wallace v. Fox, Civil No. 3:96CV772 (D.Conn. May 11, 1998) (awarding blended rate of $345.57 per hour inclusive of a 1.5 multiplier to several counsel and paralegal in shareholder derivative action).

/s/ *[signature]*

Bernard T. Kennedy

Subscribed to and sworn to before me, this 19th day of March 2004.

_____
Commissioner of the Superior Court

TIME RECORDS

| DATE: | TIME | PURPOSE |
|---|---|---|
| Feb 11, 2002 | 1.4 hr. | Initial discussion with plaintiff on claims. |
| 14, | 2.6 | Research plaintiff's claim. |
| 15, | 1.1 | Prepare complaint. |
| 15, | .2 | Contact corp. detail line to status of defendant. |
| 21, | .2 | Letter to sheriff to serve complaint. |
| Mar 5 | .6 | Order history of car from CT, DMV. |
| 5 | .2 | Prepare Motion for default, signed by Michael Kennedy. |
| April 9 | .4 | letter to DMV and order previous titles to car. |
| 29 | 1.6 | Prepare 26f report, signed by M. Kennedy |
| June 6 | .1 | Telephone Defendant on planning meeting, no reply. |
|  | .8 | Motion & notice defendant failed to participate in framing planning meeting. |
| 17 | .3 | Complete 26f report with defendant. |
| 25 | .8 | Prepare 1st set of interrogatories. |
|  | .7 | Prepare 1st set of production. |
|  | .8 | Notice of 30(b)6 deposition. |

| | | |
|---|---|---|
| July 18 | .2 | Letter, faxed to defendant depo marked off. |
| Sept 24 | .2 | Prepare Motion to compel discovery, signed by M. Kennedy |
| | .8 | Prepare Memorandum of law for above, signed by M.Kennedy. |
| | .3 | Prepare affidavit for Michael Kennedy for above. |
| Dec. 20 | .5 | Notice of deposition. |
| Jan 2003 | | |
| 13 | .2 | Motion to compel discovery. |
| | .3 | Memorandum for M. to Compel. |
| | .2 | Affidavit for above. |
| | .7 | Letter to plaintiff, status of case. |
| Mar 4 | .4 | Notice of 30(b) 6 deposition. |
| 30 | .8 | preparation for deposition as to questions and exhibits. |
| 31 | 1. | Take deposition of defendant. |
| April. 2 responses | .9 | Received and reviewed defendant's And production from plaintiff's 1st request. |
| 10 | .2 | Letter to defendant requesting permission to Amend Complaint. |
| 11 | .3 | Motion to file Amended Complaint. |

| | | |
|---|---|---|
| 11 | .6 | Prepare and attach Amended Complaint to motion. |
| | .3 | Motion to file Summary Judgment. |
| 18 | .3 | Review defendant obj. to plaintiff's motion to file for Summary Judgment. |
| 21 | .7 | Letter to defendant on missing discovery and settlement demand. |
| | .5 | Letter to State of PA, DMV for history on car. |
| | 1.4 | Telephone conversation with Nationwide legal Department on history and use of car. |
| | .3 | Letter to Nationwide Insurance Co. for history on car. |
| 25 | .2 | Request for settlement conference. |
| 28 | .5 | Letter to defendant requesting cooperation in preparing joint trial memorandum. |

May

| | | |
|---|---|---|
| 1 | .3 | Motion for Sanction for failure to produce documents. |
| | .6 | Affidavit for above. |
| 3 | .4 | Letter faxed to defendant, plaintiff had not received obj. his request for Summary Judgment as reported on pacer. |
| 6 | .3 | Reply to defendant's objection to plaintiff's motion to file Summary Judgment. |
| | .6 | Affidavit on above. |
| 9 | .7 | Order additional title documents from the State of PA on car which was subject of action. |

| | | |
|---|---|---|
| 10 | 2.1 | Meet with plaintiff in preparation of trial |
| 17 | .3 | Motion to excuse plaintiff from settlement conference. |
| 28 | 1.2 | Review defendant's trial memorandum and read cases cited by it. |
| 30 | 6.7 | Prepare plaintiff's trial memorandum, research cases, regulations, statutes, prepare finding of facts and conclusions of law. |

July
| | | |
|---|---|---|
| 7 | 2.9 | Travel from Branford to Bridgeport and return to attend trial calendar call. |
| 8 | 4.3 | Go to the Dept of Motor Vehicles, in Wethersfield and meet with officials on defendant to prior complaints, copy and obtain certified records on it. |

Aug
| | | |
|---|---|---|
| 5 | 4.1 | Attend settlement conference with Magistrate Judge and defendant. |

Oct
| | | |
|---|---|---|
| 3 | .5 | Letter to plaintiff, status of case. |
| 16 | .4 | Request to court to report case from trial list. |

January 2004
| | | |
|---|---|---|
| 22 | .3 | Request for trial date. |

Feb

| | | |
|---|---|---|
| July 18 | .2 | Letter, faxed to defendant depo marked off. |
| Sept 24 | .2 | Prepare Motion to compel discovery, signed by M. Kennedy |
| | .8 | Prepare Memorandum of law for above, signed by M.Kennedy. |
| | .3 | Prepare affidavit for Michael Kennedy for above. |
| Dec. 20 | .5 | Notice of deposition. |
| Jan 2003 | | |
| 13 | .2 | Motion to compel discovery. |
| | .3 | Memorandum for M. to Compel. |
| | .2 | Affidavit for above. |
| | .7 | Letter to plaintiff, status of case. |
| Mar 4 | .4 | Notice of 30(b) 6 deposition. |
| 30 | .8 | preparation for deposition as to questions and exhibits. |
| 31 | 1. | Take deposition of defendant. |
| April. 2 responses | .9 | Received and reviewed defendant's And production from plaintiff's 1st request. |
| 10 | .2 | Letter to defendant requesting permission to Amend Complaint. |
| 11 | .3 | Motion to file Amended Complaint. |

| | | |
|---|---|---|
| 11 | .6 | Prepare and attach Amended Complaint to motion. |
| | .3 | Motion to file Summary Judgment. |
| 18 | .3 | Review defendant obj. to plaintiff's motion to file for Summary Judgment. |
| 21 | .7 | Letter to defendant on missing discovery and settlement demand. |
| | .5 | Letter to State of PA, DMV for history on car. |
| | 1.4 | Telephone conversation with Nationwide legal Department on history and use of car. |
| | .3 | Letter to Nationwide Insurance Co. for history on car. |
| 25 | .2 | Request for settlement conference. |
| 28 | .5 | Letter to defendant requesting cooperation in preparing joint trial memorandum. |

May

| | | |
|---|---|---|
| 1 | .3 | Motion for Sanction for failure to produce documents. |
| | .6 | Affidavit for above. |
| 3 | .4 | Letter faxed to defendant, plaintiff had not received obj. his request for Summary Judgment as reported on pacer. |
| 6 | .3 | Reply to defendant's objection to plaintiff's motion to file Summary Judgment. |
| | .6 | Affidavit on above. |
| 9 | .7 | Order additional title documents from the State of PA on car which was subject of action. |

| | | |
|---|---|---|
| 10 | 2.1 | Meet with plaintiff in preparation of trial |
| 17 | .3 | Motion to excuse plaintiff from settlement conference. |
| 28 | 1.2 | Review defendant's trial memorandum and read cases cited by it. |
| 30 | 6.7 | Prepare plaintiff's trial memorandum, research cases, regulations, statutes, prepare finding of facts and conclusions of law. |

July

| | | |
|---|---|---|
| 7 | 2.9 | Travel from Branford to Bridgeport and return to attend trial calendar call. |
| 8 | 4.3 | Go to the Dept of Motor Vehicles, in Wethersfield and meet with officials on defendant to prior complaints, copy and obtain certified records on it. |

Aug

| | | |
|---|---|---|
| 5 | 4.1 | Attend settlement conference with Magistrate Judge and defendant. |

Oct

| | | |
|---|---|---|
| 3 | .5 | Letter to plaintiff, status of case. |
| 16 | .4 | Request to court to report case from trial list. |

January 2004

| | | |
|---|---|---|
| 22 | .3 | Request for trial date. |

Feb

| | | |
|---|---|---|
| 12 | .3 | Discuss with plaintiff trial date. |
| 16 | .5 | Letter to defendant and copy of trial exhibits. |
| 22 | 3.8 | Meet with plaintiff and discuss trial preparation. |
| 27 | 1.2 | Telephone calls (2) with defendant; (3) with court (2) with plaintiff in attempt to settle case. |
| 29 | 3.3 | Final preparation for trial. |

March

| | | |
|---|---|---|
| 1 | 8.2 | Branford to Bridgeport and return plus trial. |
| 19 | 5.7 | Research cases on submission of attorney fees. |
| 20 | 2.8 | Prepare affidavit, time records and memorandum in support of fees. |

74.1 hours x $275 per hour = $20,377.50

COSTS

| | |
|---|---|
| 1. Filing fee | $150 |
| 2. Sheriff fees | 62.20 |
| 3. Documents, DMV-CT | 42.50 |
| 4. Documents, DMV-PA | 30 |
| 5. History Car-Fax | 17.50 |
| 6. Deposition | 254.95 |
| | $557.15 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the forgoing was mailed on this 19th day of March 2004 to:

Robert Ghent, Esq.
Box 1905
Waterbury, CT 06722


_____
Bernard T. Kennedy