UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
FKA BETH S. BINDER

    Plaintiffs,

V.                                                                          CIVIL ACTION NO.
                                                                            3:02CV299 (SRU)

IMPORTS UNLIMITED, INC.

Defendant.                                                                  APRIL 12, 2004

MOTION FOR ATTORNEY FEES

    Pursuant to the Order of this Court in its memorandum of Decision and Order the undersigned submits his Affidavit in support of attorney fees.

                                   THE PLAINTIFF

                                   By_____
                                   Michael W. Kennedy, Esq.
                                   1204 Main Street, No. 275
                                   Branford, CT 06405
                                    Fed. Juris. No.: CT19664
                                   (203) 481-4040

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 12th day of April, 2004:

Robert Ghent, Esq.
P.O. box 1905
Waterbury, CT 06722


_____
Michael W. Kennedy

2