FILED

2004 APR 26 P 2: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
F/K/A BETH BINDER
    Plaintiff

CIVIL ACTION NO. 3:02 CV299 (SRU)

V.

IMPORTS UNLIMITED, INC.

    Defendant                    April 23, 2004

### MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL

Pursuant to F.R.A.P 4(a)(5), the defendant herein moves for an extension of time within which to file Notice of Intent To Appeal to the United States Court of Appeals for the Second Circuit from the following Judgment, a copy of which is annexed hereto

The Judgment was entered on March 22, 2004.

An Extension of time is required in that the Court is considering Plaintiff Motions for Award of Reasonable Attorneys Fees filed by the Plaintiff dated March 19, 2004 and April 12, 2004.

THE DEFENDANT:

BY_____
ROBERT E. GHENT
ITS ATTORNEY
P.O. BOX 1905
193 GRAND STREET SUITE 414
WATERBURY, CT 06705
FEDERAL BAR NO: CT: 08690
TEL. NO.: 203- 597-1077
FAX NO: 203-757-5366

## CERTIFICATION

The undersigned, hereby certifies that a copy of the Foregoing was mailed on the above date, postage prepaid, to appearing parties:

Bernard T. Kennedy
Kennedy & Kennedy, LLC
49 Rose Street, Suite 301
Branford, Ct. 06405

Michael W. Kennedy
101 West Main Street
Branford, Ct., 06405

_____
Robert E. Ghent

ORDER

The foregoing motion for extension of time to file notice of Appeal is hereby:

GRANTED /DENIED

_____

Judge / Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 22 P 4: 27
U.S. DISTRICT COURT
BRIDGEPORT. CONN

BETH LOCASCIO

v

IMPORTS UNLIMITED, INC.

3:02 cv 299 (SRU)

## JUDGMENT

This matter came on for court trial before the Honorable Stefan R. Underhill, United States District Judge. On March 12, 2003, the court entered a Memorandum of Decision and Order for the defendant on Count One of the complaint and in favor of plaintiff on Count Two of the complaint and awarded plaintiff nominal damages.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendant, Imports Unlimited, Inc., on count one and judgment is entered for the plaintiff, Bether Locascio, on count two with nominal damages to the plaintiff in the amount of $10.00.

Dated at Bridgeport, Connecticut, this 22nd day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket 3/25/04