FILED

2004 APR 26 P 2: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETH S. LOCASCIO
F/K/A BETH BINDER
　　Plaintiff

CIVIL ACTION NO. 3:02 CV299 (SRU)

V.

IMPORTS UNLIMITED, INC.

　　Defendant                                  April 23, 2004

## MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL

Pursuant to F.R.A.P 4(a)(5), the defendant herein moves for an extension of time within which to file Notice of Intent To Appeal to the United States Court of Appeals for the Second Circuit from the following Judgment, a copy of which is annexed hereto

The Judgment was entered on March 22, 2004.

An Extension of time is required in that the Court is considering Plaintiff Motions for Award of Reasonable Attorneys Fees filed by the Plaintiff dated March 19, 2004 and April 12, 2004.

FILED
2004 APR 27 P 4: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

THE DEFENDANT:

BY_____
ROBERT E. GHENT
ITS ATTORNEY
P.O. BOX 1905
193 GRAND STREET SUITE 414
WATERBURY, CT 06705
FEDERAL BAR NO: CT: 08690
TEL. NO.: 203- 597-1077
FAX NO: 203-757-5366

MOTION GRANTED.
SO ORDERED. /s/ 4/27/04