UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 25 P 1:26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETH LOCASIO
FNA BETH BINDER

V.

IMPORTS UNLIMITED, INC.,

CIVIL ACTION NO. 3:02 CU 299 (SRU)

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint __MATTHEW ROSS (STATE MARSHALL)__, a qualified person over eighteen (18) years of age, residing in __MERIDEN__, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at __Bridgeport__, Connecticut, this __25th__ day of __June__, __2004__.

_____
Attorney for Plaintiff
BARRY T. PONTOLILLO
PO BOX 943
MERIDEN, CT 06450
(203) 238-7676

SO ORDERED.

KEVIN F. ROWE, CLERK

By: __C. Warren__
Deputy Clerk

Dated: __6/25/04__

Procedure\process.apt\Rev.9/99