UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 25 P 1: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BETH LOCASIO
FNA BETH BINDER

V.

IMPORTS UNLIMITED, INC.,

CIVIL ACTION NO. 3:02 CV 299 (SRU)

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint ___MATTHEW ROSS (STATE MARSHALL)___, a qualified person over eighteen (18) years of age, residing in ___MERIDEN___, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at ___Bridgeport___, Connecticut, this 25th day of ___June___, 2004.

_____
Attorney for Plaintiff
BARRY T. PONTOLILLO
PO BOX 943
MERIDEN, CT 06450
(203) 238-7676

SO ORDERED.

KEVIN F. ROWE, CLERK

By: ___C. Warren___
Deputy Clerk

Dated: ___6/25/04___

Procedure\process.apt\Rev.9/99