**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Bernard T. Kennedy
49 rose Street
Suite 301
Branford, CT 06405

        Re: Case Name: Beth Locasio v Imports Unlimited, Inc.
            Number: 3:02cv299 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

        Joint Exhibit 1
        Plaintiff's Exhibits1,2,3,4,5,6,7,8,9,10,11,12,15,16,20,22,23,25,26,27,31

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                                      Sincerely,

                                      Kevin F. Rowe, Clerk

                                  BY /s/   Alice Montz
                                      Alice Montz
                                      Deputy Clerk

ACKNOWLEDGMENT: _____     DATE: _____